# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MICHAEL HOCKENBURY,** an individual, on behalf of himself and others similarly situated, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| *versus* | ) Case No.   CIV-15-1003-D<br>) |
| **THE HANOVER INSURANCE COMPANY,** | )<br>) |
| Defendant. | )<br>) |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Michael Hockenbury ("Hockenbury") and Defendant The Hanover Insurance Company ("Hanover") hereby stipulate as follows:

1. The parties stipulate and agree that Hockenbury will not file another putative class action against Hanover relating in any way to the allegations in the Complaint in this lawsuit, or the same transactions or occurrences that were the subject matter of the Complaint. In the event that Hockenbury breaches this agreement by filing another putative class action lawsuit against Hanover, the parties agree that Hockenbury will be required to personally reimburse Hanover for all of its reasonable attorneys' fees and costs in this lawsuit. The parties respectfully request that this Court retain jurisdiction for purposes of enforcing this provision, in the event of a breach.

2. In consideration of the agreement set forth in Paragraph 1, Hanover agrees, and the parties hereby stipulate, to a voluntary dismissal of this lawsuit without prejudice,

with each party to bear its own costs and attorneys' fees, and the parties waiving any rights of appeal.

                                      Respectfully submitted,

                                      */s/ J. Drew Houghton*
                                      J. Drew Houghton, Esq.
                                      FOSHEE & YAFFE
                                      OK State Bar No.:18080
                                      P.O. Box 890420
                                      Oklahoma City, OK 73189
                                      Phone: (405) 232-8080
                                      Fax: (405) 601-1103
                                      Email: dhoughton@fosheeyaffe.com

                                      Timothy B. Hummel
                                      Hummell Law Office
                                      500 West Main St., Ste. 102
                                      Oklahoma City, OK 73102
                                      Telephone:  (405) 319-0300
                                      Facsimile:  (405) 319-0350

                                      – and –

                                      Paul Zebrowski (*pro hac vice*)
                                      Tom Biscup (*pro hac vice*)
                                      Zebrowski Law Firm
                                      45952 Schoenherr
                                      Shelby Township, MI 48315
                                      Phone: (586) 566-7266
                                      Fax: (586) 566-6898
                                      paul@zebrowskilaw.com
                                      tom@zebrowskilaw.com

                                      ATTORNEYS FOR PLAINTIFF

*/s/ Wystan M. Ackerman*
Wystan M. Ackerman (*pro hac vice*)
Stephen E. Goldman (*pro hac vice*)
ROBINSON & COLE, LLP
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200
Facsimile: (860) 275-8299
*(electronically signed with approval)*

– and –

Sarah J. Timberlake
Abowitz, Timberlake & Dahnke, P.C.
105 N. Hudson, Tenth Floor
P.O. Box 1937
Oklahoma City, OK 73102
Telephone: (405) 236-4645
Facsimile: (405) 239-2843

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of March, 2016, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following registrants:

Sarah J. Timberlake  
Abowitz, Timberlake & Dahnke, P.C.  
105 N. Hudson, Tenth Floor  
P.O. Box 1937  
Oklahoma City, OK 73102  
Telephone: (405) 236-4645  
Facsimile: (405) 239-2843  

– and –

Stephen E. Goldman  
Wystan M. Ackerman  
ROBINSON & COLE, LLP  
280 Trumbull Street  
Hartford, CT 06103-3597  
Telephone: (860) 275-8200  
Facsimile: (860) 275-8299  

*Attorneys For Defendant*

                                                s/ J. Drew Houghton_____  
                                                J. DREW HOUGHTON, OBA #18080